IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:17-CR-223 |
| | ) |
| RONALD A. CAPALLIA, JR. | ) |
| | ) |
| Defendant. | ) |

ORDER

Upon consideration of the Unopposed Motion to Continue Bond Revocation Hearing (Docket no. 31), and for good cause shown, it is

ORDERED that the bond revocation hearing currently set on April 3, 2018, be continued to Tuesday, May 1, 2018, at 10:00 a.m., before the undersigned.

Entered this 27th day of March, 2018.

/s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia