TYPE OF HEARING: Bond Revo
CASE NUMBER: 17cr223
MAGISTRATE JUDGE: John F. Anderson
DATE: 05/01/2018
TIME: 10:00 a.m.
TAPE: FTR RECORDER
DEPUTY CLERK: Whitney Garnett

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

Ronald A. Capallia, JR.

GOVT. ATTY  Matthew Burke & Samantha Bateman
DEFT'S ATTY  Maria Jacob

DUTY AFPD _____

INTERPRETER/LANGUAGE _____

DEFT INFORMED OF RIGHTS, CHARGES, AND PENALTIES ( )
DEFT INFORMED OF THE VIOLATION(S) (X)
COURT TO APPOINT COUNSEL ( )    FPD ( ) CJA ( ) Conflict List ( )

Deft admits to the violations. Joint recommendation to modify conditions - granted. Conditions of release modified to include: The deft shall not consume any alcohol and the deft shall undergo alcohol testing/treatment as directed by the Probation officer.

BOND _____

NEXT COURT APPEARANCE _____ TIME _____

Deft continued on bond.

7 min.