IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                                                          ) | CASE NO. 1:17-CR-223-LO |
| ) | |
| RONALD A. CAPALLIA, JR.            ) | |
| ) | |
| Defendant.                                     ) | |

MAY 1 2018

## ORDER

This cause came on for hearing before the undersigned Magistrate Judge, upon petition, that the defendant, Ronald A. Capallia, Jr., violated the terms and conditions of the Order Setting Conditions of Release entered on October 27, 2017, by the Honorable Liam O'Grady, United States District Judge, United States District Court for the Eastern District of Virginia. The United States was represented by its attorney, and the defendant appeared with his attorney, Maria Jacob.

The defendant admitted to the violation as alleged in the Petition for Action on Conditions of Pretrial Release entered by the District Judge on March 9, 2018.

The court heard argument. The defendant by and through counsel agreed to have the Conditions of Release modified as follows:

1. The defendant shall not consume alcohol.

2. The defendant shall undergo alcohol testing and/or treatment as directed.

All other terms and conditions of the Order Setting Conditions of Release entered on October 27, 2017, remain in full force and effect.

Entered this 1st day of May, 2018.

_____/s/_____
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia